# United States District Court
## *Southern District of Georgia*

DIANA P. HARRIS,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 118-152

SAVANNAH RIVER REMEDIATION
DISABILITY SHORT AND LONG TERM
DISABILITY PLAN,

    Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's Order of March 26, 2020, Plaintiff's Motion for Summary Judgment is DENIED, and Defendant's Motion for Summary Judgment is GRANTED. Judgment is entered in favor of Defendant Savannah River Remediation Disability Short and Long Term Disability Plan, and this civil action stands CLOSED.



03/26/2020           Scott L. Poff
*Date*                       *Clerk*

*Tara H. Burton*
*(By) Deputy Clerk*